UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                        Case No. 07-13423-BKC-JKO

JULIE ANNE CARLSON,                           Chapter 7

     Debtor.
_____/

WASHINGTON MUTUAL BANK,                       Adversary Proc. No. 07-01597-BKC-JKO

     Plaintiff,

v.

JULIE ANNE CARLSON and
GARY ANDREW CARLSON,

     Defendants.
_____/

## NOTICE OF FILING U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION CORRESPONDENCE

NOTICE IS HEREBY GIVEN that the Defendants, JULIE ANNE CARLSON and GARY ANDREW CARLSON, hereby file with the Clerk of this Court a true and correct copy of the U.S. Department of Justice Federal Bureau of Investigation's correspondence to the Court concerning the residential loan and mortgage at issue in this adversary proceeding dated July 17, 2007.

**I HEREBY CERTIFY** that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for the Defendants
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, Florida  33301
Telephone: (954) 453-8022
Telecopier: (954) 453-8010

By:/s/ Robert F. Elgidely
    Robert F. Elgidely, Esq.
    Florida Bar No. 111856

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Of Filing U.S. Department Of Justice Federal Bureau Of Investigation Correspondence has been furnished by the Court's CM/ECF System to RAYMOND V. MILLER, ESQ., Gunster, Yoakley, & Stewart, P.A., 2 South Biscayne Boulevard, Suite 3400, Miami, Florida 33131 and JAMES M. LOCKHART, ESQ., Lindquist & Vennum, PLLP, 4200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, on the 28th day of September, 2007.

By: /s/ Robert F. Elgidely
    Robert F. Elgidely, Esq.

2



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

111 Washington Ave. South
Suite 1100
Minneapolis, MN  55401
(612) 376-3370
July 17, 2007

Honorable John K. Olson
U.S. Bankruptcy Court
Federal Building
299 East Broward Boulevard
Room 112
Ft. Lauderdale, FL  33301

Dear Judge Olson:

        This letter is being sent to you in an attempt to
clarify Gary Carlson's role in matters investigated by our
office.  Mr. Carlson was a witness in the trial of former
Minneapolis City Councilman Dean Zimmermann.  Mr. Carlson was not
a subject or target of the Zimmermann investigation.  In fact,
Mr. Carlson's voluntary cooperation with the FBI was critical to
the successful conviction of Mr. Zimmermann.  It is important to
note that Mr. Carlson neither asked for, nor received, anything
from the FBI in exchange for his cooperation.

        We understand that Mr. Carlson's name has also been
associated with a loan originated by Eric Krahnke at Associated
Bank.  Our office is looking into this matter; however, neither
Mr. Carlson, nor his wife Julie Carlson, is a subject or target
of the investigation.

        Your honor, we hope this letter is of assistance to
you.

                        Sincerely,


                        Ralph S. Boelter
                        Special Agent in Charge


                        Sean Boylan /put

                        By:
                        Sean Boylan
                        Supervisory Special Agent

Copies to:

Robert Elgidely
c/o Elgidely Law Office
888 East Los Olas Boulevard
Suite 508
Ft. Lauderdale, FL  33301

Robert Angueira
2525 Southwest 27th Avenue
Suite 200A
Miami, FL  33133

Kenneth Welt
3790 North 28th Terrace
Hollywood, FL  33020

Gary and Julie Carlson
3743 South Rosemary Drive
Chandler, AZ  85248